IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Peter Pasierbek,                              :
                                              :
        Plaintiff,                            :
                                              :   Civil Action No.: 03-1247
                                              :
JOANNE BARNHART,                              :   Judge Lancaster
COMMISSIONER OF SOCIAL SECURITY,              :
                                              :   Electronic Filing
        Defendant.                            :

## ORDER

NOW, this 14th day of July, 2006, it is hereby ORDERED that plaintiff's Petition for an Award of Attorney Fees pursuant to §206(b)(1) is GRANTED. Counsel is awarded attorney fees in the amount of $ 11,520.00.

_____
U.S.D.J.